

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2017

No. 04-17-00280-CR

Miguel **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR4203
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

   The State's Motion for Extension of Time to File Brief is GRANTED. The state's brief is due on August 25, 2017.

_____
Irene Rios, Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk